UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| DANIEL THOMAS HENRY, | ) | CASE NO. 12-34152-HCD-7 |
| MARGARET JEAN HENRY | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND TO ABANDON REAL ESTATE**

At South Bend, Indiana on _____

Wells Fargo Bank NA (Hereinafter referred to as ("Wells Fargo"), by counsel having filed Motion for Relief from Stay and to Abandon Real Estate on the following described real property:

SEE ATTACHED LEGAL DESCRIPTION

More commonly known as 3303 Caroline St, South Bend, IN 46614-2329, it is further,

ORDERED AND ADJUDGED: That Wells Fargo may take such actions with respect to the above-described real property as are set forth under applicable non-bankruptcy law including loan modification, short sale and other loss mitigation;

ORDERED AND ADJUDGED: That Wells Fargo is granted relief from the automatic stay and the property is abandoned.

DATED: _____, 2013

_____
HARRY C. DEES JR., JUDGE
UNITED STATES BANKRUPTCY COURT
Northern District of Indiana

Henry - File No. 078992B01

ALL THAT PARCEL OF LAND IN TOWNSHIP OF SOUTH BEND PORTAGE, ST JOSEPH COUNTY, STATE OF INDIANA, AS MORE FULLY DESCRIBED IN DEED INSTRUMENT NUMBER, 9310368, ID# 18-7201-734901, BEING KNOWN AND DESIGNATED AS PART OF LOT NUMBERED 303 AS SHOWN ON THE RECORDED PLAT OF TWYCKENHAM HILLS ADDITION, SECTION "G" IN THE CITY OF SOUTH BEND, RECORDED IN PLAT BOOK 18, PAGE T AND PART OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 19, TOWNSHIP 37 NORTH, RANGE 3 EAST, THE WHOLE OF THE PREMISES BEING DESCRIBED AS BEGINNING AT THE SOUTHWESTERLY CORNER OF SAID LOT 303, RUNNING THENCE NORTH, ALONG THE WEST END OF SAID LOT 303, 36 FEET; THENCE NORTHEASTERLY 257.80 FEET TO A POINT OF THE WESTERLY LINE OF CAROLINE STREET, WHICH IS 74.73 FEET NORTHERLY OF THE SOUTHEAST CORNER OF SAID LOT 303, THENCE SOUTHEASTERLY ALONG THE WESTERLY LINE OF SAID CAROLINE STREET, 90 FEET TO A POINT 15.27 FEET SOUTHEASTERLY FROM THE SOUTHEASTERLY CORNER OF SAID LOT 303 ON THE WESTERLY LINE OF CAROLINE STREET EXTENDED; THENCE SOUTHWESTERLY 354.93 FEET TO THE NORTH AND SOUTH CENTERLINE OF SAID SECTION 19 AT A POINT 215 FEET SOUTH OF THE PLACE OF BEGINNING; THENCE NORTH 215 FEET TO THE PLACE OF BEGINNING.

Henry - File No. 078992B01